**91–767.** Seivert v. Morrison. *Mahoning County*, No. 90 C.A. 56. On motion for leave to supplement the record. Motion granted.

**91–1328.** Page v. AEI Group, Inc. *Franklin County*, No. 90AP–151. On suggestion of stay and on motion to disburse. Stay granted; motion to disburse denied.

**91–1712.** Horton v. United Ohio Ins. Co. *Guernsey County*, No. 90–CA–26. On motion for stay. Motion granted and cause held for decision in 90–1728, *State Farm Ins. Cos. v. Alexander*, Summit County, No. 14531; briefing schedule stayed.

H. BROWN, J., dissents.

**91–1773.** State, ex rel. Hamblin, v. Brooklyn. *Cuyahoga County*, No. 58013. On motion for stay. Stay granted.

Cause held for decision in 91–572, *State, ex rel. Williams, v. Cleveland*, Cuyahoga County, No. 57769.

H. BROWN, J., dissents.

**91–1931.** Goldschmidt v. Cincinnati. *Hamilton County*, No. C–900522. On motion to dismiss. Motion denied.

**91–1952.** Tucker v. Lorain Police Dept. In Mandamus. Alternate writ granted. Show cause issued.

SWEENEY, J., would dismiss.

**91–1970.** State, ex rel. Pusey, v. Cronin. In Mandamus. On motion to reconsider denial of injunction, and on motion to amend motion to reconsider. Motions denied.

RESNICK, J., dissents.

**91–2026.** State v. Mayberry. *Cuyahoga County*, No. 58428. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, H. BROWN and RESNICK, JJ., dissent.

On motion for leave to exceed page limit. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.

**91–2079.** Browning v. Burt. *Montgomery County*, No. CA 12176. On motion for leave to file *amicus* of Ohio Hospital Association. Motion granted.